UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROLE E. PRICE,<br>d/b/a HOMETOWN COMPUTERS,<br><br>    Plaintiff,<br><br>v.<br><br>LEASECOMM CORPORATION,<br><br>    Defendant. | Civil Action No. 04-10733-DPW |

## NOTICE OF APPEARANCE

Please enter the appearance of Brian H. Lamkin, Esq. as counsel for Defendant, Leasecomm Corporation in the above-captioned action.

/s/ Brian H. Lamkin
Brian H. Lamkin (BBO# 635688)
EDWARDS & ANGELL, LLP
101 Federal Street
Boston, MA  02110
(617) 439-4444
(617) 439-4170 (fax)

BOS_443250_1/BLAMKIN