UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROLE E. PRICE, d/b/a HOMETOWN COMPUTERS,<br><br>       Plaintiff,<br><br>v.<br><br>LEASECOMM CORPORATION,<br><br>       Defendant. | Civil Action No.  04-10733-DPW |

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed by and between all parties to the above-captioned action, by their respective counsel and pursuant to Fed. R. Civ. P. 41(a)(1), that the above-captioned action and all claims and counterclaims that have been or may be asserted therein are hereby dismissed, with prejudice and without costs.  All parties hereto expressly waive all rights of appeal.

| CAROLE PRICE d/b/a HOMETOWN COMPUTERS,<br>By her attorney, | LEASECOMM CORPORATION,<br><br>By its attorneys, |
|---|---|
| /s/ Janet Knight-Ledbetter_____<br>Janet Knight-Ledbetter<br>P.O. Box 1108<br>Hillsborough, NC 27278<br>(919) 732-5741 | /s/ Brian H. Lamkin_____<br>Brian H. Lamkin (BBO No. 635688)<br>Edwards & Angell, LLP<br>101 Federal Street<br>Boston, MA 02110<br>(617) 439-4444 |